

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Trishe Resources, Inc.; Trishe Wind Minnesota, LLC; and Trishe Wind Colorado, LLC,

\* From the 385th District Court of Midland County, Trial Court No. CV 50941.

Vs.   No. 11-18-00086-CV

\* September 6, 2019

Hilliard Energy, Ltd.,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.; Wright, S.C.J., sitting by assignment; and Dauphinot, S.J., sitting by assignment)
(Willson, J., and Stretcher, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court insofar as it provides for the award of $33,454.98 in attorney's fees and for the accrual of 1.5% interest on the Ohio success fee and the Minnesota success fee, and we remand those matters to the trial court for further proceedings.   In all other respects, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed against Trishe Resources, Inc.; Trishe Wind Minnesota, LLC; and Trishe Wind Colorado, LLC.